**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Rafael MARTINEZ–GONZALEZ, a.k.a. Jose Acosta, a.k.a. Rafael Estrada, a.k.a. Roberto Martinez–Soto, a.k.a. Fidel Reyes, a.k.a. Armelo Seja, a.k.a. Carmello Seja, a.k.a. Carmelo Silvo, a.k.a. Miguel Torres–Gonzalez, Defendant—Appellant.**

No. 10–10272.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 15, 2011.*

Filed Feb. 23, 2011.

Michael D. Anderson, Office of the U.S. Attorney, Sacramento, CA, for Plaintiff–Appellee.

Matthew C. Bockmon, Esquire, Assistant Federal Public Defender, Federal Public Defender's Office, Sacramento, CA, for Defendant–Appellant.

Before: CANBY, FERNANDEZ, and M. SMITH, Circuit Judges.

MEMORANDUM **

Rafael Martinez–Gonzalez appeals from the 85–month sentence imposed following his guilty-plea conviction for being a deported alien found in the United States, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Martinez–Gonzalez contends that the district court committed significant procedural error by failing to explain adequately

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and except as provided by 9th Cir. R. 36–3.

the reasons for the sentence. Martinez–Gonzalez's sentence is within the Guidelines range, and the court adequately explained its reasons for selecting this sentence. *See United States v. Carty,* 520 F.3d 984, 995 (9th Cir.2008) (en banc).

**AFFIRMED.**

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.